UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

        Case No. 15-20652-16

        HON. GEORGE CARAM STEEH

D-16 JAMES ROBINSON,

        Defendant.

_____/

## ORDER GRANTING DEFENDANT'S MOTION TO SEVER/CONTINUE TRIAL DATE [DOC. 1002]

This matter is before the court on defendant James Robinsons' motion to sever him from Trial Group 2 and continue his trial to a later date. The motion is based on the facts that defendant has been separated from his legal materials for a couple of months and there is new discovery pertaining to his case that his counsel needs more time to receive and review before trial. For these reasons, and as further stated on the record, the court is persuaded that Mr. Robinson should be severed from Trial Group 2. Defendant's motion to sever and for a continuance is GRANTED.

    It is so ordered.

Dated: May 23, 2018

                                s/George Caram Steeh
                                GEORGE CARAM STEEH
                                UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on May 23, 2018, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk